B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

| | | | |
|---|---|---|---|
| In re | **Brian Mack Francis** | Case No. | **15-72043** |
| | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Agricredit Acceptance, LLC POB 2000 Johnston, IA 50131** | **Agricredit Acceptance, LLC POB 2000 Johnston, IA 50131** | **PMSI in 2008 John Deere 7760 Cotton Picker - Jointly owned 50% B M Francis Farms, LLC; 50% Father** | | **261,363.93** |
| **Bank of America POB 982235 El Paso, TX 79998-2235** | **Bank of America POB 982235 El Paso, TX 79998-2235** | **Credit Card** | | **4,125.00** |
| **Capital One POB 30281 Salt Lake City, UT 84130-0281** | **Capital One POB 30281 Salt Lake City, UT 84130-0281** | **Credit Card** | | **4,597.00** |
| **Chase Card POB 15298 Wilmington, DE 19850-5298** | **Chase Card POB 15298 Wilmington, DE 19850-5298** | **Credit Card** | | **1,955.00** |
| **Citizens Community Bank PO Box 490 South Hill, VA 23970** | **Citizens Community Bank PO Box 490 South Hill, VA 23970** | **Farm Products/Crops; Equipment; General Intangibles (in name of Brian M. Francis)** | | **502,665.82 (375,601.61 secured)** |
| **Commonwealth of Virginia Dept of Taxation Bankruptcy Unit PO Box 2156 Richmond, VA 23218-2156** | **Commonwealth of Virginia Dept of Taxation Bankruptcy Unit PO Box 2156 Richmond, VA 23218-2156** | **Individual Income Taxes** | | **4,481.00** |
| **Commonwealth of Virginia Dept of Taxation Bankruptcy Unit PO Box 2156 Richmond, VA 23218-2156** | **Commonwealth of Virginia Dept of Taxation Bankruptcy Unit PO Box 2156 Richmond, VA 23218-2156** | **Employee Withholding** | | **1,334.50** |
| **Department of the Treasury Internal Revenue Service Philadelphia, PA 19255-0030** | **Department of the Treasury Internal Revenue Service Philadelphia, PA 19255-0030** | **943 taxes** | | **3,810.05** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Brian Mack Francis**                                          Case No.    **15-72043**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Department of the Treasury Internal Revenue Service Philadelphia, PA 19255-0030** | **Department of the Treasury Internal Revenue Service Philadelphia, PA 19255-0030** | **Individual Income Taxes** | | **23,409.00** |
| **Discover Bank POB 15316 Wilmington, DE 19850-5316** | **Discover Bank POB 15316 Wilmington, DE 19850-5316** | **Credit Card** | | **9,311.00** |
| **First Citizens Bank 214 West Atlantic Street Emporia, VA 23847** | **First Citizens Bank 214 West Atlantic Street Emporia, VA 23847** | **3rd Position - Farm products/crops and proceeds; equipment and proceeds; general intangibles and proceeds (in name of Brian M. Francis)** | | **500,000.00 (375,601.61 secured) (502,665.82 senior lien)** |
| **Garris Sales & Service PO Box 390 Conway, NC 27820** | **Garris Sales & Service PO Box 390 Conway, NC 27820** | **Accessories for equipment owned by father but placed on B M Francis Farm, LLC's account** | | **9,735.53** |
| **John Deere Financial Attention: Customer Service POB 5328 Madison, WI 53705-0328** | **John Deere Financial Attention: Customer Service POB 5328 Madison, WI 53705-0328** | **PMSI in John Deere 8530 Tractor Jointly owned - 50% B M Francis Farms, LLC, 50% Berkley M. Francis** | | **54,588.95** |
| **Parker Oil Company 2365 Carrsville Hwy Franklin, VA 23851** | **Parker Oil Company 2365 Carrsville Hwy Franklin, VA 23851** | **Utilities** | | **1,511.03** |
| **Southampton County D.K. Britt, Treasurer P.O. Box 250 Courtland, VA 23837-0250** | **Southampton County D.K. Britt, Treasurer P.O. Box 250 Courtland, VA 23837-0250** | **Personal Property Taxes** | | **38,000.00** |
| **Unifirst Corporation 2001 Church Street Norfolk, VA 23504** | **Unifirst Corporation 2001 Church Street Norfolk, VA 23504** | **Services** | | **2,279.68** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Brian Mack Francis**                                                    Case No.  __15-72043__

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, **Brian Mack Francis**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 8, 2015**                               Signature    **/s/ Brian Mack Francis**

                                                              **Brian Mack Francis**
                                                              Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Brian Mack Francis** _____    Case No.  **15-72043** _____

_____ Debtor(s)    Chapter  **11** _____

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment: _____]*
   *Check if applicable:* ☐ Soc. Sec. No. amended. **[*If applicable:* An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's office on _____.*]**

☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)

☐ Schedule A - Real Property

☐ Schedule B - Personal Property

☐ Schedule C - Property Claimed as Exempt

☐ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 (*$30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*) **Check applicable statement(s):**
   ☐ **Creditor(s) added**    ☐ **Creditor(s) deleted**
   ☐ **Change in amounts owed or classification of debt**
   ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**
   ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
   **REMINDER: Conversion of Chapter 13 to Chapter 7** - only file Schedule of Unpaid Debts.

☐ Schedule G- Executory Contracts and Unexpired Leases

☐ Schedule H - Codebtors

☐ Schedule I - Current Income of Individual Debtor(s)

☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted' entry of the amended Social Security Number into the case record. ]**

☐ Statement of Financial Affairs

☐ Chapter 7 Individual Debtor's Statement of Intention

☐ Chapter 11 List of Equity Security Holders

☑ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

☐ Disclosure of Compensation of Attorney for Debtor

☐ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____.

Date:  7/8/15 _____

_____
/s/Ashley C. Tucker
**Ashley C. Tucker**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:  **VSB #82976**
Mailing Address: **Roussos, Glanzer & Barnhart PLC**
                 **580 E. Main Street, Suite 300**
                 **Norfolk, VA 23510**
Telephone No.:  **757-622-9005**

[amendcs ver. 10/13]

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy