B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Brian Mack Francis**                                            ,    Case No. ___**15-72043**___

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 643,479.60 | | |
| B - Personal Property | Yes | 5 | 891,093.65 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,978,326.60 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 71,034.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 349,467.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 19,070.07 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 15,946.05 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| | | Total Assets | 1,534,573.25 | | |
| | | | Total Liabilities | 2,398,828.27 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Brian Mack Francis**                                                    Case No.    **15-72043**
                                                              ,
                                              Debtor

Chapter                                **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

.

In re   **Brian Mack Francis**                                                                                    ,        Case No.    **15-72043**
                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Citizens Bank Checking Account ending 4389** | H | 6,918.00 |
| | | **Citizens Community Bank Commerical Checking account ending 5640** | H | 8.50 |
| | | **BB&T Checking account ending 9184 Negative Account Balance** | H | 0.00 |
| | | **BB&T - LLC's Business Account Checking Account ending 4113** | - | 700.00 |
| | | **BB&T - LLC's Business Account Savings Account ending 4091** | H | 1,422.00 |
| | | **Farmers Bank - LLC's Business Account Checking account ending 8301** | H | 1,818.26 |
| | | **Bank of Southside Virginia savings account ending #7232** | H | 500.00 |
| | | **Bank of Southside Virginia Checking account ending #2012 Joint with Mother-in-law and Wife - for convenience purposes only. Debtor has no funds in this account.** | J | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 5,000.00 |

| | |
|---|---|
| Sub-Total > | **16,366.76** |
| (Total of this page) | |

  **4**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Brian Mack Francis** _____, Case No. __**15-72043**_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Artwork** | **J** | **1,250.00** |
| 6. Wearing apparel. | | **Clothing** | **H** | **600.00** |
| 7. Furs and jewelry. | | **Wedding Band** | **H** | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Browning gun** | **H** | **4,000.00** |
| | | **Remington gun** | **H** | **2,000.00** |
| | | **Mossberg gun** | **H** | **1,500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **New York Life Insurance Company, NC Policy No. ending 1610 Collateral for BB&T notes FIVE YEAR TERM** | **H** | **0.00** |
| | | **Jackson Life Insurance Policy ending 6257** | **H** | **3,934.84** |
| | | **NY Life policy ending 3378** | **H** | **11,427.61** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | **X** | | | |

Sub-Total >    **25,212.45**
(Total of this page)

Sheet __**1**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Brian Mack Francis**                                                                ,   Case No.   **15-72043**
_____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interest in B M Francis Farms, LLC. Sole member LLC.**<br>**LLC not in good standing with State Corporation Commission as of petition date.**<br><br>**Assets of B M Francis Farms, LLC**<br>**1. Wheat (25%) approximately $8,000.00**<br>**2. Soy (25%) approximately $16,000.00**<br>**3. 2008 John Deere 7760 Cotton Picker (50% interest with father valued at approximately $250,000.00) Agricredit has PMSI in Cotton Picker - current balance $261,363.93**<br>**4. 2014 John Deere 4038 Hicycle Sprayer $350,000.00 (50% LLC, 50% Brian Francis)**<br>**5. International Road Tracter $25,000.00**<br>**6. KBH Fertilizer Rig - more than 10 years old $12,000.00**<br>**7. $4,279.46 - Check #40419 from Commonwealth Gin, payable to B M Francis Farms, LLC and Citizens Community Bank.**<br>**8. JD 8530 row crop tractor (valued at approximately $150,000.00, has 50% interest with father)**<br>**9. Cotton (100%) approximately $238,680.00** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Check #40418 from Commonwealth Gin Payable to Brian Francis, FSA & Citizens Community Bank**<br>**(FSA has 1st priority, then Citizens Community Bank)** | J | 1,688.44 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debt owed to Debtor by father, Berkley Francis. Debtor made payment to Colonial Farm Credit on behalf of father.** | H | 11,600.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >   **13,288.44**
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Brian Mack Francis**                                          ,        Case No.    __15-72043__
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2015 Chevrolet Silverado | H | 50,000.00 |
| | | 2013 Chevrolet Camaro- V6 | H | 27,000.00 |
| | | 2012 Ford F150 Pickup V8 | H | 42,475.00 |
| | | Boat - 2002 Mastercraft & trailer | H | 65,000.00 |
| | | 2005 Ford F350 Super Duty Pickup - 1 Ton V8 | H | 15,150.00 |
| | | 2005 GMC Canyon Pickup - 1/2 Ton | H | 5,100.00 |
| | | 2008 Yamaha UTV | H | 12,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >        216,725.00
(Total of this page)

Sheet   __3__   of   __4__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Brian Mack Francis** _____ ,  Case No. ___**15-72043**___

                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dogs (2) - Walker, Mutt<br>Both are pets | J | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | 2002 John Deere 8310 | H | 125,000.00 |
| | | Farm Service Agency has PMSI - claim totals $148,809.13 | | |
| | | 2012 John Deere CX20 | H | 27,000.00 |
| | | 2015 John Deere 1735 Planter<br>JD 0907 & JD SR54 are built in parts to the planter, including GPS mapping. | H | 65,000.00 |
| | | 2015 John Deere 930 Mower | H | 10,000.00 |
| | | 2007 RMH Mixer | H | 25,000.00 |
| | | Fuel Tank - more than 10 years old | H | 500.00 |
| | | Plow - more than 10 years old | H | 1,000.00 |
| | | KMC - more than 10 years old | H | 5,000.00 |
| | | 10ft Disk - more than 10 years old | H | 1,000.00 |
| | | 2014 John Deere 4038 Hicycle Sprayer $350,000.00 (50%) | J | 350,000.00 |
| 34. Farm supplies, chemicals, and feed. | | Chemicals | H | 10,000.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 619,501.00 |
| (Total of this page) | |
| Total > | 891,093.65 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Brian Mack Francis** _____,  Case No. ___**15-72043**_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx-x0012 <br><br> BB&T <br> c/o Travis A. Knobbe, Esquire <br> Spilman Thomas & Battle <br> 310 First Street <br> Roanoke, VA 24002 | X | | J | March 2012 <br> 15395 Pinopolis Road, Boykins, VA 23827, NY Life insurance policy, 1st position as to farm products/crops and proceeds, equipments and proceeds, general intangibles and proceeds in name of B M Francis Farms, LLC (except for PMSI claims) | | | | | |
| | | | | Value $          376,900.00 | | | | 289,915.56 | 0.00 |
| Account No. xxxxx5364 <br><br> BB&T <br> BB&T MSCR Department <br> PO Box 3307 <br> Greenville, SC 29602 | X | | J | 3/17/2005 <br><br> Mortgage <br><br> 15195 Pinopolis Road <br> Boykins, VA 23827 <br> Residence - 2.265 acres <br> Tax Assessment = $146,000.00 | | | | | |
| | | | | Value $          145,952.00 | | | | 52,264.00 | 0.00 |
| Account No. xxxxxxxxx-1002 <br><br> BB&T <br> Loan Services <br> MC: 100-50-02-57 <br> PO Box 2306 <br> Wilson, NC 27894 | | | H | 03/26/2015 <br><br> Purchase Money Security <br><br> 2015 Chevrolet Silverado | | | | | |
| | | | | Value $          50,000.00 | | | | 42,482.00 | 0.00 |
| Account No. xxxxxxxxxxXXXX <br><br> BB&T <br> Loan Services <br> PO Box 2306 <br> Wilson, NC 27894 | | | H | 02/22/2013 <br><br> Purchase Money Security <br><br> 2013 Chevrolet Camaro- V6 | | | | | |
| | | | | Value $          27,000.00 | | | | 19,265.00 | 0.00 |
| __3__ continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 403,926.56 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Brian Mack Francis**                                                    ,     Case No. _____**15-72043**_____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx-x0005 | | | June 2010 | | | | | |
| **BB&T** c/o Travis A. Knobbe, Esquire Spilman Thomas & Battle 310 First Street Roanoke, VA 24002 | X | H | **Deed of Trust** 15395 Pinopolis Road, Boykins, VA 23827 | | | | | |
| | | | Value $                  **376,900.00** | | | | **31,616.90** | **0.00** |
| Account No. 176621-110197XXXX | | | 10/18/2007 | | | | | |
| **Capital One / Yamaha** POB 30253 Salt Lake City, UT 84130-0253 | | - | **Purchase Money Security** **2008 Yamaha UTV** | | | | | |
| | | | Value $                  **12,000.00** | | | | **5,416.98** | **0.00** |
| Account No. | | | 3/2014 | | | | | |
| **Citizens Community Bank** PO Box 490 South Hill, VA 23970 | | H | **Credit Line** **2nd Position - Farm Products/Crops; Equipment; General Intangibles (in name of Brian M. Francis)** | | | | | |
| | | | Value $                  **136,921.61** | | | | **502,665.82** | **365,744.21** |
| Account No. | | | | | | | | |
| **Robert H. Chappell, III, Esquire Timothy G. Moore, Esquire** c/o Spotts Fain, PC 411 East Franklin Street, Ste 600 Richmond, VA 23219 | | | **Representing:** **Citizens Community Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. xx-xxx-xxxxx9393 | | | 07/2006 | | | | | |
| **Farm Service Agency** POB 7 Courtland, VA 23837-0007 | | H | Lien **PMSI 2002 John Deere 8310 1st position as to Farm Products and Equipment in name of Brian M. Francis. Farm Service Agency has PMSI - claim totals $148,809.13** | | | | | |
| | | | Value $                  **148,809.13** | | | | **148,809.13** | **0.00** |

Sheet __**1**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **688,508.83** | **365,744.21** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Brian Mack Francis**                                                                                    ,    Case No. _____**15-72043**_____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxx2764** | | | | | **08/2014** | | | | | |
| **First Citizens Bank** **214 West Atlantic Street** **Emporia, VA 23847** | | H | | | **Business Loan** **3rd Position - Farm products/crops and proceeds; equipment and proceeds; general intangibles and proceeds (in name of Brian M. Francis)** | | | | | |
| | | | | | Value $              **136,921.61** | | | | **500,000.00** | **500,000.00** |
| Account No. | | | | | | | | | | |
| **Frank B. Holding, Jr., CEO** **First Citizens Bank & Trust Company** **Post Office Box 27131** **Mail Code FCC22** **Raleigh, NC 27611** | | | | | **Representing:** **First Citizens Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **xxxxxxxxxxXXXX** | | | | | **05/20/2008** | | | | | |
| **Flag Star** **5151 Corporate Drive** **Troy, MI 48098** | | H | | | **Purchase Money Security** **Boat - 2002 Mastercraft & trailer** | | | | | |
| | | | | | Value $              **65,000.00** | | | | **33,989.94** | **0.00** |
| Account No. **xxxxXXXX** | | | | | **07/03/2012** | | | | | |
| **Ford Motor Credit** **National Bankruptcy Service Center** **P.O. Box 537901** **Livonia, MI 48153** | | H | | | **Purchase Money Security** **2012 Ford F150 Pickup V8** | | | | | |
| | | | | | Value $              **42,475.00** | | | | **32,674.62** | **0.00** |
| Account No. **xxxxxxx6454** | | | | | **Purchase Money Security** | | | | | |
| **John Deere Financial** **Attention: Customer Service** **POB 5328** **Madison, WI 53705-0328** | | H | | | **2012 John Deere CX20** | | | | | |
| | | | | | Value $              **27,000.00** | | | | **7,267.32** | **0.00** |

Sheet __**2**__ of __**3**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **573,931.88** | **500,000.00** |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Brian Mack Francis**                                                   ,      Case No. ____**15-72043**____

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H/W/J/C | | | | | | |
| Account No. **xxxxxxx9092** | | | **Purchase Money Security** | | | | | |
| John Deere Financial Attention: Customer Service POB 5328 Madison, WI 53705-0328 | | H | **2015 John Deere 1735 Planter JD 0907 & JD SR54 are built in parts to the planter, including GPS mapping.** | | | | | |
| | | | Value $            **65,000.00** | | | | **57,394.80** | **0.00** |
| Account No. **xxxxxxxx7958** | | | **Purchase Money Security** | | | | | |
| John Deere Financial Attention: Customer Service POB 5328 Madison, WI 53705-0328 | | H | **2015 John Deere 930 Mower** | | | | | |
| | | | Value $            **10,000.00** | | | | **7,900.00** | **0.00** |
| Account No. **xxxxxxx2713** | | | **Purchase Money Security** | | | | | |
| John Deere Financial Attention: Customer Service POB 5328 Madison, WI 53705-0328 | | H | **2014 John Deere 4038 Hicycle Sprayer $350,000.00 (50%)** | | | | | |
| | | | Value $            **350,000.00** | | | | **246,664.53** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __**3**__ of __**3**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **311,959.33** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,978,326.60** | **865,744.21** |

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Brian Mack Francis**                                                                   Case No.  **15-72043**
_____
                                                    Debtor(s)          Chapter      **11**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $278,315.92 | **2015 YTD: Farming Gross Income** |
| $13,412.00 | **2015 YTD: Proceeds from Crop Insurance claim** |
| $6,627.57 | **2015 YTD: Government farming assistance program (awarded in 2014 but received in Jan of 2015) - program no longer in existence** |
| $494,105.00 | **2014: Farming Gross Income** |
| $774,939.00 | **2013 Farming Gross Income** |

B7 (Official Form 7) (04/13)                                                                                                    2

---

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT               SOURCE

---

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **BB&T (Loan 991001)**<br>**PO Box 1847**<br>**Wilson, NC 27894** | **03/03/15 $6,664.93** | **$6,664.93** | **$0.00** |
| **East Coast Equipment**<br>**1769 South Military Hwy**<br>**Chesapeake, VA 23320** | **5/7/2015** | **$13,400.00** | **$0.00** |
| **Crop Production Services**<br>**3005 Rocky Mountain Avenue**<br>**Loveland, CO 80538** | **3/16/15 $44,000** | **$44,000.00** | **$0.00** |
| **BB&T**<br>**c/o Travis A. Knobbe, Esquire**<br>**Spilman Thomas & Battle**<br>**310 First Street**<br>**Roanoke, VA 24002** | **3/12/15** | **$25,008.00** | **$289,915.56** |
| **BB&T (Mortgage ending 85364)**<br>**BB&T MSCR Department**<br>**PO Box 3307**<br>**Greenville, SC 29602** | **Payments of 1,044.50 in March, April and May of 2015** | **$3,133.50** | **$52,264.00** |

None
■
    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Branch Banking and Trust Company v. B M Francis Farms, LLC, Brian M. Francis and Heather C. Francis CL14000100** | **Civil** | **Southampton Circuit Court Civil Division PO Box 190, 223050 Main St. Courtland, VA** | **Non-suit** |
| **Citizens Community Bank v. Brian M. Francis, B M Francis Farms LLC CL15000277** | **Civil** | **Southampton County Circuit Court P.O. Box 190 Courtland, VA 23837** | **Pending - Filed 6/2/15** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BB&T c/o Travis A. Knobbe, Esq. Spilman Thomas & Battle 310 First Street Roanoke, VA 24002** | **Scheduled for 06/12/2015** | **Sale date scheduled for June 12, 2015 15395 Pinopolis Road, Boykins, VA 23827 Freeman Land Tax Map #71 33 173.80 acres** |

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                              4

---

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Auto Claim -2005 GMC Canyon - Hail Damage** | **$5,100.22 Totaled** | **7/16/2014** |
| **Homeowners claim** | **16,941.26** | **2/14/15** |

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Roussos Glanzer & Barnhart, PLC 580 E. Main Street Suite 300 Norfolk, VA 23510** | **6/2/2015: $350.00 paid by Debtor for consultation appointment; 6/8/2015: $15,000.00 paid by B M Francis Farms, LLC for retainer fee** | **$15,350.00 for attorney fees and associated court costs (of this amount, $9,063.42 remains in trust and & $6,286.58 was paid)** |

---

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **3rd Party - Dealership Trade-In** | **03/2015** | **$41,000.00 trade allowance 2013 chevy truck traded in for current 2015 chevy truck** |
| **Colonial Farm Credit, ACA 7104 Mechanicsville Turnpike Mechanicsville, VA 23111 Father's Lender** | **5/6/15** | **11,600.00 transferred to Colonial Farm Credit on behalf of father, Berkley Francis.** |

B7 (Official Form 7) (04/13)                                                                                              5

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Berkley Francis**<br>**15395 Pinopolis Road**<br>**Boykins, VA 23827** | **John Deere 9860 Grain Combine valued at approximately 200,000.00 both father and son use** | **Debtor's Residence** |
| **B M Francis Farms, LLC**<br>**15195 Pinopolis Road**<br>**Boykins, VA 23827** | **Wheat crop (harvesting) valued at approx. $8,000.00; Soy crop (planted) valued at approx. $16,000.00; 2008 John Deere 7760 Cotton Picker (50% interest) valued at $500,000.00; 2014 John Deere 4038; Hicycle Sprayer valued at $350,000.00 (50%); International Road Tracter valued at $25,000.00, KBH Fertilizer Rig valued at $12,000.00; $4,279.46 check #40419 from Commonwealth Gin; John Deere 8530 (50% interest) valued at approx. $150,000.00; Cotton crop (planted) valued at approx. $238,680.00** | **Debtor's Residence** |

B7 (Official Form 7) (04/13)                                                                                                          6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Bank of the Ozarks**<br>**POB 8811**<br>**Little Rock, AR 72231** | **Lease for 2012 Jet Hopper Bottom Trailer**<br>**(Grain Trailer)** | **Debtor's Residence** |

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    7

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **B M Francis Farms, LLC** | 26-4124739 | **15195 Pinopolis Road Boykins, VA 23827** | **Farming (Wheat, Soy, Cotton) S278534-5 Cancelled** | **2008-current** |
| **Brian Francis dba Rolling Acres Farms** | | **15195 Pinopolis Road Boykins, VA 23827** | **Farming** | **2013-current** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jenny B. Bunn** | **Accountant - Tax Preparer** |
| **29164 Three Bees Road** | **Approximately 1995 - current** |
| **Newsoms, VA 23874** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                        DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

B7 (Official Form 7) (04/13)                                                                                                  8

| NAME | ADDRESS |
|---|---|

None     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
   commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                    10

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **July 14, 2015**                              Signature    **/s/ Brian Mack Francis**
                                                                  **Brian Mack Francis**
                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Brian Mack Francis** _____    Case No.  **15-72043** _____

Debtor(s)    Chapter  **11** _____

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment: _____ ]*
Check if applicable: ☐ Soc. Sec. No. amended. **[If applicable: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's office on _____.*]**

☑ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)

☐ Schedule A - Real Property

☑ Schedule B - Personal Property

☐ Schedule C - Property Claimed as Exempt

☑ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 (*$30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*) **Check applicable statement(s):**

    ☐ **Creditor(s) added**    ☐ **Creditor(s) deleted**

    ☐ **Change in amounts owed or classification of debt**

    ☑ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**

    ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**

**REMINDER: Conversion of Chapter 13 to Chapter 7** - only file Schedule of Unpaid Debts.

☐ Schedule G- Executory Contracts and Unexpired Leases

☐ Schedule H - Codebtors

☐ Schedule I - Current Income of Individual Debtor(s)

☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted' entry of the amended Social Security Number into the case record. ]**

☑ Statement of Financial Affairs

☐ Chapter 7 Individual Debtor's Statement of Intention

☐ Chapter 11 List of Equity Security Holders

☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

☐ Disclosure of Compensation of Attorney for Debtor

☐ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____.

Date:  7/15/15 _____

    /s/Ashley C. Tucker
    **Ashley C. Tucker**
    Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
    State Bar No.:  **VSB #82976**
    Mailing Address: **Roussos, Glanzer & Barnhart PLC**
        **580 E. Main Street, Suite 300**
        **Norfolk, VA 23510**
    Telephone No.:  **757-622-9005**

[amendcs ver. 10/13]

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Brian Mack Francis**                                                   Case No.  **15-72043**

                                          Debtor(s)                             Chapter  **11**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date  **July 14, 2015**                              Signature  **/s/ Brian Mack Francis**

                                                                **Brian Mack Francis**
                                                                Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy